**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 19−10888−KHK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge, VA 22192

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4725

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on March 20, 2019. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   April 3, 2019**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Attorney Fee Disclosure**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   March 22, 2019

/s/   Elizabeth W. Douglass
Deputy Clerk

[10071_30152vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Mark Anthony Anderson  
       Debtor

Case No. 19-10888-KHK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: douglasse     Page 1 of 1     Date Rcvd: Mar 22, 2019  
                       Form ID: both215     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.  
db         +Mark Anthony Anderson,    1411 Admiral Drive,    Woodbridge, VA 22192-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:  
         John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov  
         Nathan A. Fisher    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,   barsad@aol.com  
         Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
                                                                                                         TOTAL: 3