# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____ **Alexandria** _____ Division

**In re** Mark Anthony Anderson

**Case No.** 19-10888-KHK

**Debtor(s)**                              **Chapter 13**

## ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.   Accordingly it is **ORDERED** that

1.  the debtor's motion to extend the time to file a plan is granted.

2.  the deadline for filing a Chapter 13 plan is extended to _____ April 9, 2019 _____.

**3**.  **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4.  under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____ April 9, 2019 _____ , for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

WILLIAM C. REDDEN
Clerk of Court

Date: April 3, 2019 _____            By /s/ Elizabeth W. Douglass _____
                                                                            Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

April 3, 2019 _____

[oex13ps ver. 01/10]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 19-10888-KHK
Mark Anthony Anderson                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: douglasse          Page 1 of 1          Date Rcvd: Apr 03, 2019
                             Form ID: pdford6          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db            +Mark Anthony Anderson,    1411 Admiral Drive,    Woodbridge, VA 22192-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
        John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
        Karl A. Moses, Jr.    on behalf of Creditor    DITECH FINANCIAL LLC bkvaecfupdates@bww-law.com,
         karl.moses@bww-law.com
        Nathan A. Fisher    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,   barsad@aol.com
        Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
                                                                              TOTAL: 4