UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

MARK ANTHONY ANDERSON

Debtor

Chapter 13

Case No. 19-10888-KHK

## NOTICE OF ADJOURNED
## SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Section 341 Meeting of Creditors held on April 16, 2019 has been adjourned and requires the continued attendance of Debtor and Debtor's counsel at the following time and place.

**DATE:** April 30, 2019

**TIME:** 1:30 P.M.

**PLACE:** 1725 Duke Street, Suite 520
Alexandria, VA  22314

Date: _April 17, 2019_____

___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St., Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this April 17, 2019 , served via ECF authorized users or mailed a true copy of the foregoing Notice of Meeting to the following parties.

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA 22192

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC.
3977 Chain Bridge Rd. #2
Fairfax, VA 22030

__/s/ Thomas P. Gorman_____
Thomas P. Gorman