**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| MARK ANTHONY ANDERSON | Chapter 13 |
|                         DEBTOR | |
| DITECH FINANCIAL, LLC. | Case No. 19-10888-KHK |
|                    Movant | |
| v. | |
| Mark Anthony Anderson
and
Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE
TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) The Plan of this Chapter 13 Case was confirmed by the Court on MAY 22, 2019, and provides for payment of the secured creditor as follows:

    (a) Pre-petition arrearage claim of $61,091.54 by monthly installments of $1,018.19 from the payments made under this confirmed Plan.

    (b) Post-petition regular monthly payments directly by the Debtor.

(2) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #19-10888-KHK**

(3)     The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   July 25, 2019                    __/s/ Thomas P. Gorman _____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 North Washington Street, Ste. 400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 25th day of July, 2019.

_/s/Thomas P. Gorman_____
Thomas P. Gorman

Case 19-10888-KHK    Doc 25    Filed 07/25/19    Entered 07/25/19 15:11:12    Desc Main
                    Document      Page 3 of 4

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 07/25/2019

CASE NO: 19-10888-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-4725
ANDERSON, MARK ANTHONY
AKA:

1411 ADMIRAL DRIVE
WOODBRIDGE, VA 22192

ATTORNEY: NATHAN FISHER, ESQ.
FISHER-SANDLER, LLC
3977 CHAIN BRIDGE RD. #2
FAIRFAX, VA 22030
Phone:703 691-1642 Fax: 703 691-0192

DATE FILED: 03/20/2019
CONFIRMED: 05/22/2019
LATEST 341: 04/30/2019
PERCENTAGE: .000
PLAN: 60 MONTHS
1st PAYMENT DUE: 04/2019
ON SCHEDULE: 1,260.00
ACTUAL PAYMENTS: 1,050.00
AMOUNT BEHIND: 210.00

SCHEDULE: 420.00 MONTHLY
TOTAL PAID: 1,050.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/16/19 | NESTLE WATERS | 210.00 |
| 05/07/19 | PC/ANDERSON, LATA | 420.00 |
| 04/16/19 | PC/ANDERSON, LATA | 420.00 |

Needed to Complete Base:
BASE: 68,670.00
       67,620.00

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 350384 | DITECH FINANCIAL LLC | FIX | SEC / 100.00 | | 1,018.19 / 3,054.57 | 61,091.54 / 59,120.97 | 61,091.54 / 61,091.54 | 0.00 / 0.00 | 61,091.54 / 0.00 |
| 002 | 310181 | APPLE FEDERAL CREDIT UNION**** | PRO | UNS / 0.00 | | 0.00 / 0.00 | 4,610.64 / 4,783.00 | 4,610.64 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 003 | 319657 | APPLE FEDERAL CREDIT UNION | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 1,904.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 004 | 326070 | BARCLAYS BANK | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 2,881.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 005 | 326070 | BARCLAYS BANK | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 2,371.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 006 | 334875 | CAPITAL ONE | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 2,511.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 007 | 311188 | CAPITAL ONE | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 883.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 008 | 343490 | US DEPARTMENT OF EDUCATION | PRO | UNS / 0.00 | | 0.00 / 0.00 | 2,901.78 / 5,214.25 | 2,901.78 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 009 | LVNV | LVNV FUNDING LLC. | PRO | UNS / 0.00 | | 0.00 / 0.00 | 3,695.70 / 2,893.00 | 3,695.70 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 010 | 317460 | PAYPAL BUYER CREDIT | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 1,800.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 011 | 350242 | RIVERVIEW OVERLOOK COMM ASSOC / LISTED U/S FILED S/C - NEED OBJ | PRO-A | SEC / 100.00 | | 0.00 / 0.00 | 1,813.42 / 1,817.72 | 1,813.42 / 1,813.42 | 0.00 / 0.00 | 1,813.42 / 0.00 |
| 012 | 339824 | SYNCHRONY BANK | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 1,492.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 013 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 286.90 / 0.00 | 286.90 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 07/25/2019

CASE NO: 19-10888-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-4725
ANDERSON, MARK ANTHONY                                              SCHEDULE:    420.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FISHER | NATHAN FISHER, ESQ. | PRO 05/2019 | ATY 100.00 | | 0.00 0.00 | 3,000.00 3,000.00 | 2,500.00 2,500.00 | 783.80 0.00 | 1,716.20 0.00 |
| | | Trustee Administrative Fees | | | | | | 54.60 | 54.60 | |
| | | | | | TOTALS: | 1,018.19 3,054.57 | 77,399.98 90,670.94 | 76,954.58 65,459.56 | 838.40 0.00 | 64,621.16 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 0.00 | 60,938.69 | 26,732.25 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,500.00 | 0.00 | 62,904.96 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 783.80 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,716.20 | 0.00 | 62,904.96 | 0.00 | 0.00 | DUE CREDITORS: | 64,621.16 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,683.73 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 211.60 |
| BALANCE DUE: | 0.00 | 1,716.20 | 0.00 | 62,904.96 | 0.00 | 0.00 | APPROX BALANCE: | 67,093.29 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Maintenance 10.5