**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>MARK ANTHONY ANDERSON<br><br>Debtor | Chapter 13<br><br>Case No. 19-10888-KHK |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed December 10, 2019. The cause for this objection is as follows:

### Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income.
- Prior Schedule I noted a potential increase in income that has now been removed and which has not been factored into the Plan.

### Violation of 11 U.S.C. §1325(a)(6) – Feasibility.
- 0% Plan is underfunded as follows:

| | | | |
|---|---|---|---|
| **PERFORMANCE:** | Amount of Plan Payment | 420.00 x 6 | = 2,520.00 |
| | | 1,385.00 x 24 | = 33,240.00 |
| | | 1,495.00 x 30 | = 44,850.00 |
| | Number of Months | 60 | |
| | | 0.00 | 0.00 |
| | **Total Receipts** | | 80,610.00 |
| | **Disbursements Required:** | | |
| | Attorney | 2,500.00 | |
| | Taxes-Other Priority | 0.00 | |
| | Secured | 71,415.06 | |
| | Unsecured | 0.00 | 0% of $11,495.02 |
| | Other | | |
| | Trustee | 7,391.51 | 10% |
| | **Total Disbursement** | | 81,306.57 |

**Notice of Objection To Confirmation**
Mark Anthony Anderson, Case # 19-10888-KHK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 16, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.**  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.*

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _January 3, 2020_____           __/s/Thomas P. Gorman _____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

**Notice of Objection To Confirmation**
Mark Anthony Anderson, Case # 19-10888-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of January. 2020 served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Mark Anthony Anderson | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 1411 Admiral Drive | Fisher-Sandler, LLC. |
| Woodbridge, VA 22192 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

                                               __/s/ Thomas P. Gorman_____
                                               Thomas P. Gorman