**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: <u>Mark Anthony Anderson</u>                                CASE NO.: <u>19-10888-KHK</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>NewRez LLC d/b/a</u>
<u>Shellpoint Mortgage Servicing</u>
Name of Transferee

<u>Ditech Financial LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): <u>5</u>
Amount of Claim: <u>$296,791.86</u>
Date Claim Filed: <u>05/23/2019</u>

Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>1378</u>

Phone: <u>(888) 298-7785</u>
Last Four Digits of Acct #: <u>5548</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Sindi Mncina</u>                                Date: <u>February 28, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: <u>Mark Anthony Anderson</u>　　　　　　　　　　　　　CASE NO.: 19-10888-KHK

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** that on March 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge, VA 22192

And via electronic mail to:

Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314

U.S. Trustee
John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

　　　　　　　　　　　　　　　　　　　　**Robertson, Anschutz, Schneid & Crane LLC**
　　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170
　　　　　　　　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　　　By: <u>/s/ Tia Morris</u>
　　　　　　　　　　　　　　　　　　　　Email: timorris@rascrane.com