**2100B (12/15)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 19-10888-KHK
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge VA 22192

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/28/2020 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Ditech Financial LLC F/K/A Green Tree Servicing, PO Box 12740, Tempe, AZ 85284-0046 | NewRez LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10826<br>Greenville, SC 29603-082 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/01/20                                William C. Redden
                                               **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
```

In re:                                                           Case No. 19-10888-KHK
Mark Anthony Anderson                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: douglasse     Page 1 of 1     Date Rcvd: Feb 28, 2020
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
14871438     Ditech Financial LLC F/K/A Green Tree Servicing,     PO Box 12740,     Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
         Andrew Todd Rich     on behalf of Creditor     DITECH FINANCIAL LLC bkvaecfupdates@bww-law.com
         John P. Fitzgerald, III     ustpregion04.ax.ecf@usdoj.gov
         Lauren Virginia French     on behalf of Creditor     DITECH FINANCIAL LLC lauren.french@bww-law.com, bkvaecfupdates@bww-law.com;laurenfrenchesq@gmail.com
         Nathan A. Fisher     on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,     barsad@aol.com
         Sindi  Mncina     on behalf of Creditor     NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@rascrance.com
         Thomas P. Gorman     ch13alex@gmail.com,     tgorman26@gmail.com
                                                                                TOTAL: 6