# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

| | |
|---|---|
| MARK ANTHONY ANDERSON<br>Debtor | Chapter 13<br>Case No. 19-10888-KHK |

### ORDER DENYING CONFIRMATION

Upon proper notice and a hearing on objection(s) to the Chapter 13 Plan; it is, therefore

**ORDERED** that confirmation of the Debtor's Plan filed <u>February 6, 2020</u> is denied; and it is further

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan</u>, the Debtor shall take one of the actions enumerated in Local Bankruptcy Rule 3015-2 within twenty-one (21) days from this Order and that the failure to do so **may result in the dismissal of this Chapter 13 bankruptcy case**; and it is further

**ORDERED** that the Clerk mail a copy of this order to the Debtor, the attorney for the Debtor, the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: Apr 1 2020

/s/ Klinette H. Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: April 1, 2020

I ask for this:

  /s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and AGREED:

/s/ Nathan A. Fisher
Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA 22030
Counsel for Debtor

Order Denying Confirmation, page 2
Case #19-10888-KHK, Mark Anthony Anderson

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman</u>
Thomas P. Gorman, Chapter 13 Trustee


**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA 22192

Nathan A. Fisher
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA 22030

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314