**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

| | |
|---|---|
| MARK ANTHONY ANDERSON<br>Debtor | Chapter 13<br>Case No. 19-10888-KHK |

**ORDER DENYING CONFIRMATION**

Upon proper notice and a hearing on objection(s) to the Chapter 13 Plan; it is, therefore

**ORDERED** that confirmation of the Debtor's Plan filed <u>February 6, 2020</u> is denied; and it is further

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan</u>, the Debtor shall take one of the actions enumerated in Local Bankruptcy Rule 3015-2 within twenty-one (21) days from this Order and that the failure to do so **may result in the dismissal of this Chapter 13 bankruptcy case**; and it is further

**ORDERED** that the Clerk mail a copy of this order to the Debtor, the attorney for the Debtor, the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: Apr 1 2020

/s/ Klinette H. Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: April 1, 2020

I ask for this:

  /s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and AGREED:

/s/ Nathan A. Fisher
Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA 22030
Counsel for Debtor

Order Denying Confirmation, page 2
Case #19-10888-KHK, Mark Anthony Anderson

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA 22192

Nathan A. Fisher
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA 22030

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Mark Anthony Anderson  
    Debtor

Case No. 19-10888-KHK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: douglasse     Page 1 of 1     Date Rcvd: Apr 01, 2020  
                   Form ID: pdford3     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db          +Mark Anthony Anderson,    1411 Admiral Drive,    Woodbridge, VA 22192-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:  
         Andrew Todd Rich    on behalf of Creditor    DITECH FINANCIAL LLC bkvaecfupdates@bww-law.com  
         John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov  
         Lauren Virginia French    on behalf of Creditor    DITECH FINANCIAL LLC lauren.french@bww-law.com,  
          bkvaecfupdates@bww-law.com;laurenfrenchesq@gmail.com  
         Nathan A. Fisher    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,   barsad@aol.com  
         Sindi Mncina    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING  
          smncina@rascrance.com  
         Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
                                                                                           TOTAL: 6