# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTER DISTRICT OF VIRGINIA
### Alexandria Division

In re   MARK ANTHONY ANDERSON          Case No. 19-10888
                                       Chapter 13
     Debtor

**New Rez, LLC D/B/A Shellpoint Mortgage Servicing**
     Plaintiff

v.

**Mark Anthony Anderson
and
Lataunia Anderson
and
Thomas P. Gorman, Trustee**

---

## OBJECTION TO NOTICE OF DEFAULT

     The debtor, Brian Mark Anthony Anderson, responds to the Notice of Default filed herein by New Rez, LLC as follows:

     The Debtor has partially cured the stated arrearage and can become post-petition current within 30 days.

_____
**Nathan Fisher
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
VSB #37161
(703) 691-1642**

For these reasons an Order Granting Relief should not be entered at this time.

Date: **July 10, 2020**                                 **/s/ Nathan Fisher**
                                                        **Nathan Fisher**
                                                        **Attorney for Debtor**
                                                        **State Bar No. 37161**
                                                        **3977 Chain Bridge Rd., #2**
                                                        **Fairfax, VA   22030**
                                                        **(703) 691-1642**


**CERTIFICATION OF SERVICE**

I hereby certify that on this 10th day of July, 2020, I have mailed copies of the foregoing by first-class mail, postage prepaid, to:

Mark Anderson
1411 Admiral Drive
Woodbridge, VA   22192

Thomas Gorman
Chapter 13, Trustee
300 N. Washington St., Ste. 400
Alexandria, VA   22314

Lauren French, Esq.
BWW Law Group, LLC
8100 Three Chopt Road, Ste. 240
Richmond, VA   23229


                                                        **/s/ Nathan Fisher**
                                                        **Nathan Fisher**
                                                        **Attorney for Debtor**

**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**