BWW#: VA-312479

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE:                                    Case No. 19-10888-KHK
MARK ANTHONY ANDERSON          Chapter 13
    Debtor

Address:    1411 Admiral Drive
             Woodbridge, VA 22192

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF HEARING

NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Movant"), by and through its counsel, has filed papers with the court to grant relief from the automatic stay and co-debtor stay in the above captioned matter.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Notice of Default, or if you want the court to consider your views on the Notice of Default, then you or your attorney must:

- Attend the hearing on the Notice of Default scheduled to be held on September 2, 2020, at 9:30 AM at U.S. Bankruptcy Court, 200 S. Washington St., Courtroom III, Alexandria, Virginia 22314-5405.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted,

Dated:  July 28, 2020

                                  */s/ Lauren French*
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

**CERTIFICATION**

I hereby certify that on this 28th day of July, 2020 the following person(s) were or will be served with a copy of the foregoing Notice of Motion and Notice of Hearing via the CM/ECF system or by first class mail, postage prepaid:


Thomas P. Gorman, Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Nathan Andrew Fisher, Esq.
3977 Chain Bridge Rd, #2
Fairfax, VA 22030

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge, VA 22192

Lataunia Anderson
1411 Admiral Drive
Woodbridge, VA 22192


 /s/ Lauren French_____
Lauren French
BWW Law Group, LLC
*Counsel for the Movant*
Lauren French, Esq.up, LLC*unsel for the Movant*