## UNITED STATES BANKRUPTCY COURT
### FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| Mark Anthony Anderson | Chapter 13 |
| SSN: ###-##-4725 | |
| | Case No. 19-10888-KHK |
| Debtor(s) | |

### **AMENDED ORDER**

      This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $1,350.00 per month for 12 months and then $1,660.00 per month for the remainder of the Plan required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

      (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on March 20, 2019 and

      (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

      (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

      (4) That the Debtor, Mark Anthony Anderson is presently employed by Nestle Waters North America, Inc. and receives income therefrom, and

      (5) That the amount of $1,350.00 per month for 12 months and then $1,660.00 per month for the remainder of the Plan should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

      IT IS ORDERED, that beginning with the month of OCTOBER, 2020 Nestle Waters North America, Inc. be and they hereby are required to withhold the amount of $1,350.00 per month for 12 months and then $1,660.00 per month for the remainder of the Plan from the monthly income of the Debtor, Mark Anthony Anderson, and pay over the full amount thereof each month to:

      Thomas P. Gorman
      Chapter 13 Trustee
      P.O. Box 1553
      Memphis, TN  38101-1553

**Amended Wage Order**
**Mark Anthony Anderson**
**Case #19-10888-KHK**

Dated: Aug 23 2020

/s/ Klinette H. Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: August 24, 2020

I Ask For This:

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 8362226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Amended Wage Order**
**Mark Anthony Anderson**
**Case #19-10888-KHK**

**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA 22192

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC.
3977 Chain Bridge Rd. #2
Fairfax, VA 22030

Nestle Waters North America, Inc.
ATTN: Payroll Office
900 Long Ridge Road
Building 2
Stamford, CT 06902

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314