# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

IN RE:                                                                                    CASE NO.: 19-10888-KHK
                                                                                                  CHAPTER 13

MARK ANDERSON,

DEBTOR.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), the undersigned hereby withdraws the following document:

**NOTICE OF MORTGAGE PAYMENT CHANGE FILED CLAIM 5-1 ON SEPTEMBER 24, 2020.**

                                                                        Robertson, Anschutz, Schneid & Crane LLC
                                                                         Authorized Agent for Secured Creditor
                                                                         10700 Abbott's Bridge Road, Suite 170,
                                                                         Duluth, GA 30097
                                                                         Telephone: 470-321-7112

                                                                       By: /s/Darrelyn Thomas
                                                                            Darrelyn Thomas
                                                                            Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on      October 5, 2020     , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARK ANTHONY ANDERSON
1411 ADMIRAL DRIVE
WOODBRIDGE, VA 22192

AND VIA ELECTRONIC MAIL TO:

NATHAN A. FISHER
FISHER-SANDLER, LLC
3977 CHAIN BRIDGE ROAD, #2
FAIRFAX, VA 22030

THOMAS P. GORMAN
300 N. WASHINGTON ST. STE. 400
ALEXANDRIA, VA 22314

U.S. TRUSTEE
JOHN P. FITZGERALD, III
OFFICE OF THE U.S. TRUSTEE - REGION 4
1725 DUKE STREET
SUITE 650
ALEXANDRIA, VA 22314

                  Robertson, Anschutz, Schneid & Crane LLC
                  Authorized Agent for Secured Creditor
                  10700 Abbott's Bridge Road, Suite 170,
                  Duluth, GA 30097
                  Telephone: 470-321-7112

                  By: /s/Darrelyn Thomas