BWW#: VA-312479

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: <br> MARK ANTHONY ANDERSON <br>     Debtor <br> _____ <br> NEWREZ LLC D/B/A SHELLPOINT <br> MORTGAGE SERVICING <br>     Movant <br> v. <br> MARK ANTHONY ANDERSON <br>     Debtor/Respondent <br> and <br> LATAUNIA ANDERSON <br>     Co-Debtor/Co-Respondent <br> and <br> THOMAS P. GORMAN <br>     Trustee/Respondent | Case No. 19-10888-KHK <br><br> Chapter 13 |

## NOTICE OF CURE

TO THE CLERK:

    This notice serves to advise this court that the Debtor, Mark Anthony Anderson, cured the default listed in the Notice of Default filed on behalf of the Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, on June 26, 2020.

                                                     Respectfully Submitted,
                                                    BWW Law Group, LLC

Dated:  November 17, 2020                   /s/ *Andrew Todd Rich*
                                                    Andrew Todd Rich VSB# 74296
                                                    BWW Law Group, LLC
                                                    8100 Three Chopt Road, Suite 240
                                                    Richmond, VA 23229
                                                    (804) 282-0463 (phone)
                                                    (804) 282-0541 (facsimile)
                                                    bankruptcy@bww-law.com
                                                    *Attorney for the Movant*

_____
Andrew Todd Rich, VSB# 74296
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Attorney for the Movant*

**CERTIFICATE OF SERVICE**

       I certify that on this 17th day of November, 2020, the following person(s) were or will be served with a copy of the foregoing Notice of Cure electronically via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Nathan Andrew Fisher, Esq.
3977 Chain Bridge Rd, #2
Fairfax, VA 22030

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge, VA 22192

Lataunia Anderson
1411 Admiral Drive
Woodbridge, VA 22192

                                              */s/ Andrew Todd Rich*
                                              Andrew Todd Rich
                                              BWW Law Group, LLC
                                              *Attorney for the Movant*