**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

M<small>ARK</small> A<small>NTHONY</small> A<small>NDERSON</small>                             Chapter 13

             Debtor                                       Case No. 19-10888-KHK

**OBJECTION TO CLAIM**
**NOTICE OF OBJECTION TO CLAIM**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:   Riverview Overlook Comm. Assoc. Inc.        Mark Anthony Anderson
      t/a Occoquan Landing Comm. Assoc.        1411 Admiral Drive
      c/o Harris Loftus, PLLC                             Woodbridge, VA 22192
      7900 Sudley Rd., Ste. 608
      Manassas, VA 20109                                Nathan Fisher, Esq.
                                                                              Attorney for Debtor
      Bruce H. Easmunt                                       Fisher-Sandler, LLC
      Registered Agent for                                    3977 Chain Bridge Rd. #2
      Riverview Overlook Community              Fairfax, VA 22030
      Association
      3201 Jermantown Rd., Ste. 600
      Fairfax, VA 22030

      Don Keys
      Registered Agent for
      Occoquan Landing Homeowners
      Association, Inc.
      7900 Sudley Rd., Ste. 600
      Manassas, VA 20109

      You have filed a claim in the amount of $1,813.42 with a Court claim number of 3 in this Chapter 13 case.

      Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as funds were returned by the creditor with the attached letter stating that they no longer represent Riverview Overlook Community Association. The Trustee's Office spoke with the law firm on July 11, 2022 and followed up the phone conversation with an email on that same date, but as of the filing of this Objection the Proof of Claim has not yet been amended.

Objection to Claim, page 2
19-10888-KHK, Mark Anthony Anderson

**<u>Your claim may be reduced, modified or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**REMOTE HEARING INFORMATION:**

Due to the COVID-19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at [www.vaeb.uscourts.gov](www.vaeb.uscourts.gov), on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

*** The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions. ***

**PLEASE NOTE:** You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

> ***Attend the hearing to be held on September 22, 2022 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

Objection to Claim, page 3
19-10888-KHK, Mark Anthony Anderson

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Suite 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: August 16, 2022           ___/s/ Thomas P. Gorman___
                                Thomas P. Gorman
                                Chapter 13 Trustee
                                300 North Washington Street, #400
                                Alexandria, VA 22314
                                (703) 836-2226
                                VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of August, 2022, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

/s/ Thomas P. Gorman_____
Thomas P. Gorman



# HARRIS LOFTUS, PLLC

Attorneys and Counselors at Law
7900 Sudley Road, Suite 608
Manassas, Virginia 20109
Telephone (703) 361-5131
Facsimile (703) 368-9280

July 6, 2022

Thomas P. Gorman
Standing Chapter 13 Trustee
3000 North Washington Street, #400
Alexandria, VA 22314

RE: Riverview Overlook Community Association, Inc. v. Anderson, Mark Anthony
Case No. 19-10888-KHK

Dear Sir:

The office no longer represents Riverview Overlook Community Association, Inc. (effective 06.01.2020)
We are returning the enclosed check to be forwarded to the registered agent. Please update your records accordingly.

Check #423067 $63.39

If there are any questions, do not hesitate to contact our office.

Sincerely,

HarrisLoftus, PLLC.
Attorneys and Counselors at Law
*Accounting Department ext.210*

**This communication is from a debt collector**

JUL 11 2022