**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: Mark Anthony Anderson | ) | CASE NO. 19-10888-KHK |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

## Mortgage Information:

Name of Creditor:     DiTech Financial/NewRez, LLC

Property address:     1411 Admiral Drive
                      Woodbridge, Va 22192

## Cure Amount:

Court Claim No.:     007                    Account No. [last 4 digits]: 1378
Trustee Claim No.:   001A

Amount asserted:     $8,510.10     Amount allowed:     $8,510.10

## Post-petition Mortgage Payment is paid:

___ Through Chapter 13 Trustee conduit          X   Direct by the Debtor

## RESPONSE REQUIRED:

Within 21 days of the service of this Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's counsel and the Chapter 13 Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), indicating (1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and (2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: April 16, 2024                              Respectfully Submitted:

                                                   /s/ Thomas P. Gorman
                                                   Standing Chapter 13 Trustee

**Notice of Final Cure Payment**
19-10888-KHK, Mark Anthony Anderson

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd. #2
Fairfax, VA 22030

Robertson, Anschutz, Schneid, Crane & Pa
Attorney for Creditor
Attn: Erin B. Elam, Esquire and Attn: Darrelyn Shanae Thomas, Esquire
10700 Abbott's Bridge Road, Ste. 170
Duluth, GA 30097

RAS Crane & Partners, PLLC
Attorney for Creditor, Attn: Brandon R. Jordan, Esquire
11350 McCormick Road, EP1, Suite 302
Hunt Valley, MD 21031

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Creditor, Attn : Giselle Velez, Esquire
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Creditor, Attn: Sindi Mncina, Esquire
13010 Morris Road, Suite 450
Alpharetta, GA 30004

BWW Law Group, LLC
Attorney for Creditor, Attn: Barry W. Spear, Esquire
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VC 22192

NewRez LLC
Dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

                          /s/   Thomas P. Gorman
                          Thomas P. Gorman, Chapter 13 Trustee