UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Mark Anthony Anderson

SSN: ###-##-4725

Debtor(s)

Chapter 13

Case No. 19-10888-KHK

**ORDER**

It appearing from the endorsement of the Chapter 13 Trustee hereto that the Plan of this proceeding has been completed and that the previous Order of this Court requiring the employer of the Debtor to withhold and pay the amount of the Plan payment to the office of the Trustee should be terminated, it is

ORDERED, that Nestle Waters North America, Inc. be and they hereby are authorized to terminate withholding of Plan payments from the wages of the Debtor as was required of them by previous Order of this Court in this Chapter 13 proceeding, and it is further

ORDERED, that the previous Order of this Court requiring Nestle Waters North America, Inc. to withhold Plan payments from the wages of the Debtor, be and it hereby is terminated.

Dated: Apr 17 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

I Ask For This:

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314
(703) 836-2226
VSB #26421

Entered On Docket: Apr 17 2024

**Stop Wage Order**
**Mark Anthony Anderson**
**Case #19-10888-KHK**

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman_____</u>
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA 22192

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd. #2
Fairfax, VA 22030

Nestle Waters North America, Inc.
ATTN: Payroll Office
900 Long Ridge Road
Building 2
Stamford, CT 06902

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 19-10888-KHK |
| Mark Anthony Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: ChristyLo | Page 1 of 2 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Anderson, 1411 Admiral Drive, Woodbridge, VA 22192-2602 |
| | + | Nestle Waters North America, Inc., ATTN: Payroll Office, 900 Long Ridge Road, Building 2, Stamford, CT 06902-1140 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor DITECH FINANCIAL LLC Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Barry W. Spear | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Barry W. Spear | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Brandon R. Jordan | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bjordan@raslg.com rascrane@ecf.courtdrive.com |
| Brandon R. Jordan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bjordan@raslg.com rascrane@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: ChristyLo | Page 2 of 2 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdford9 | Total Noticed: 2 |

Darrelyn Shanae Thomas
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dthomas@rascrane.com

Erin B Elam
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eelam@raslg.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

Giselle Velez
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING gvelez@rasflaw.com

Nathan A. Fisher
    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com barsad@aol.com

Sindi Mncina
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

Thomas P. Gorman
    ch13alex@gmail.com tgorman26@gmail.com

Volha Sergeyevna Tseliak
    on behalf of Creditor Riverview Overlook Comm. Assoc. Inc. d/b/a Occoquan Landing Comm. Assoc otseliak@chadwickwashington.com

TOTAL: 13