**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| Mark Anthony Anderson | Chapter 13 |
| | Case No. 19-10888-KHK |
| Debtor(s) | |

### ORDER OF DISMISSAL

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307. Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The Trustee need not file a final report in this case unless property or money is administered.

      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Jul 19 2024

                                                /s/ Klinette H Kindred
                                                Klinette H. Kindred
                                                U. S. Bankruptcy Judge

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Entered On Docket: Jul 23 2024

Order of Dismissal, Page 2
Mark Anthony Anderson
Case #19-10888-KHK

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA  22192


Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd. #2
Fairfax, VA  22030


Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314