**Fill in this information to identify the case:**

Debtor 1: Mark Anthony Anderson

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN District of Virginia (State)

Case number: 19-10888-KHK

# Form 4100R
# Response to Notice of Final Cure          10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing    **Court claim no. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: 1378

**Property address:** 1411 ADMIRAL DR ,
Number    Street

WOODBRIDGE, VA 22192
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3: Postpetition Mortgage

*Check one:*

[ ]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM/DD/YYYY

[X]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $60,020.69

b. Total suspense:    - (b) $560.12

c. Total. Subtract lines a and b.    (c) $59,460.57

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _10_/_1_/_2021_
MM/ DD/ YYYY

| Debtor 1 | Mark Anthony Anderson | | | Case number (if known) | 19-10888-KHK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Sydney Marie Cauthen                             Date  05/07/2024
    Signature

Print    Sydney Marie Cauthen                            Title  Authorized Agent
         First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Road, Suite 450
          Number              Street

          Alpharetta, GA 30004
          City           State           ZIP Code

Contact   470-321-7112                                   Email: scauthen@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mark Anthony Anderson
1411 Admiral Drive
Woodbridge, VA 22192

And via electronic mail to:

Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

By: /s/ Jessica Norton

Email: jnorton@raslg.com

| Post-Petition Due date | Effective Date | Amount Received | Amount Due | Credit | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|---|
| 9/1/2019 | 9/11/2019 | $1,900.00 | $1,871.82 | | $ 28.18 | $ 28.18 |
| 10/1/2019 | 10/4/2019 | $1,900.00 | $1,871.82 | | $ 28.18 | $ 56.36 |
| 11/1/2019 | 11/15/2019 | $1,871.82 | $1,871.82 | | $ - | $ 56.36 |
| 12/1/2019 | 12/11/2019 | $1,900.00 | $1,871.82 | | $ 28.18 | $ 84.54 |
| 1/1/2020 | 1/14/2020 | $1,871.82 | $1,871.82 | | $ - | $ 84.54 |
| 2/1/2020 | 2/24/2020 | $1,871.82 | $1,871.82 | | $ - | $ 84.54 |
| 3/1/2020 | 4/10/2020 | $1,871.82 | $1,871.82 | | $ - | $ 84.54 |
| 4/1/2020 | 6/30/2020 | $3,743.64 | $1,871.82 | | $ 1,871.82 | $ 1,956.36 |
| 5/1/2020 | | | $1,871.82 | | $ (1,871.82) | $ 84.54 |
| 6/1/2020 | 7/15/2020 | $1,871.32 | $1,871.82 | | $ (0.50) | $ 84.04 |
| 7/1/2020 | 8/11/2020 | $1,893.05 | $1,871.82 | | $ 21.23 | $ 105.27 |
| 8/1/2020 | 9/12/2020 | $1,871.82 | $1,871.82 | | $ - | $ 105.27 |
| 9/1/2020 | 10/5/2020 | $1,871.82 | $1,871.82 | | $ - | $ 105.27 |
| 10/1/2020 | 11/9/2020 | $1,871.82 | $1,871.82 | | $ - | $ 105.27 |
| 11/1/2020 | 12/7/2020 | $1,871.82 | $1,871.82 | | $ - | $ 105.27 |
| 12/1/2020 | 2/8/2021 | $1,871.82 | $1,871.82 | | $ - | $ 105.27 |
| 1/1/2021 | 3/10/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 2/1/2021 | 4/6/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 3/1/2021 | 6/1/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 4/1/2021 | 7/13/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 5/1/2021 | 7/31/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 6/1/2021 | 9/21/2021 | $1,875.29 | $1,875.29 | | $ - | $ 105.27 |
| 7/1/2021 | 1/10/2022 | $2,000.00 | $1,875.29 | | $ 124.71 | $ 229.98 |
| 8/1/2021 | 5/2/2022 | $1,900.00 | $1,875.29 | | $ 24.71 | $ 254.69 |
| 9/1/2021 | 5/13/2022 | $1,900.00 | $1,875.29 | | $ 24.71 | $ 279.40 |
| | Creditor Adv | $280.72 | | | $ 280.72 | $ 560.12 |
| 10/1/2021 | | | $1,875.29 | | $ (1,875.29) | $ (1,315.17) |
| 11/1/2021 | | | $1,875.29 | | $ (1,875.29) | $ (3,190.46) |
| 12/1/2021 | | | $1,875.29 | | $ (1,875.29) | $ (5,065.75) |
| 1/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (6,941.85) |
| 2/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (8,817.95) |
| 3/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (10,694.05) |
| 4/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (12,570.15) |
| 5/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (14,446.25) |
| 6/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (16,322.35) |
| 7/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (18,198.45) |
| 8/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (20,074.55) |
| 9/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (21,950.65) |
| 10/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (23,826.75) |
| 11/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (25,702.85) |
| 12/1/2022 | | | $1,876.10 | | $ (1,876.10) | $ (27,578.95) |
| 1/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (29,450.36) |
| 2/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (31,321.77) |
| 3/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (33,193.18) |
| 4/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (35,064.59) |
| 5/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (36,936.00) |
| 6/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (38,807.41) |
| 7/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (40,678.82) |
| 8/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (42,550.23) |
| 9/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (44,421.64) |
| 10/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (46,293.05) |
| 11/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (48,164.46) |
| 12/1/2023 | | | $1,871.41 | | $ (1,871.41) | $ (50,035.87) |
| 1/1/2024 | | | $1,884.94 | | $ (1,884.94) | $ (51,920.81) |
| 2/1/2024 | | | $1,884.94 | | $ (1,884.94) | $ (53,805.75) |
| 3/1/2024 | | | $1,884.94 | | $ (1,884.94) | $ (55,690.69) |
| 4/1/2024 | | | $1,884.94 | | $ (1,884.94) | $ (57,575.63) |
| 5/1/2024 | | | $1,884.94 | | $ (1,884.94) | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| | | | | | $ - | $ (59,460.57) |
| 57 | 24 | $ 47,386.85 | $ 106,847.42 | $ - | $ (59,460.57) | |

| | |
|---|---|
| Loan Number | |
| Debtor | ANDERSON |
| BK filed date | 3/20/2019 |
| BK Case # | 19-10888 |
| NOFC Filed Date | 4/16/2024 |
| BK Claim Number(s) | #5-1 |
| Trustee Claim Number(s) | 001 and 001A |
| Post Next Due | **10/1/2021** |
| Suspense | $ 560.12 |

| Due Date | Due Amount | Credit | # Months | Total Due |
|---|---|---|---|---|
| 10/1/2021 | $1,875.29 | | 1 | $ 1,875.29 |
| 11/1/2021 | $1,875.29 | | 1 | $ 1,875.29 |
| 12/1/2021 | $1,875.29 | | 1 | $ 1,875.29 |
| 1/1/2022 - 12/1/2022 | $1,876.10 | | 12 | $ 22,513.20 |
| 1/1/2023 - 12/1/2023 | $1,871.41 | | 12 | $ 22,456.92 |
| 1/1/2024 | $1,884.94 | | 1 | $ 1,884.94 |
| 2/1/2024 | $1,884.94 | | 1 | $ 1,884.94 |
| 3/1/2024 | $1,884.94 | | 1 | $ 1,884.94 |
| 4/1/2024 | $1,884.94 | | 1 | $ 1,884.94 |
| 5/1/2024 | $1,884.94 | | 1 | $ 1,884.94 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | Subtotal | $ 60,020.69 |
| | | | Less Unapplied | $ 560.12 |
| | | | Total to bring current | $ 59,460.57 |

$ 60,020.69
$ (59,460.57)
$ 560.12  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601